M/V COSCO PIRAEUS  
AND/OR OWNERS/CHARTERERS

# TAX INVOICE

Chimbusco Americas Inc.  
100 Lighting Way,  
Seacaucus, USA-NJ 07094  
United States

**DATE OF INVOICE :** **29. October 2014**

**INVOICE NO** : **197-1410087**

ORDER NO. : 197-19200

DATE OF SUPPLY : 29. October 2014

PORT: NEW YORK  
YOUR REFERENCE:

**DUE DATE** : **27. November 2014**

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 1,405.500 MT | Fueloil 500 CST 3,5% | 491.00 MT | 690,100.50 |
| 252.440 MT | Fueloil 380-CST 1% | 522.00 MT | 131,773.68 |
| 130.340 MT | Gasoil 0,1% | 862.00 MT | 112,353.08 |

|  |  |  |  |
|---|---|---|---|
|  | Total | USD | 934,227.26 |

EXCHANGE RATE : USD 1 = USD 1.0000  
USD:  
The prices are excl. all taxes and/or other fees.

**TERMS OF PAYMENT** 30 days from date of supply With value date not later than DUE DATE or previous working day when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

**BANK:**

**ACCOUNT:**

**O.W. BUNKER FAR EAST (S) PTE. LTD. EAST**  
300 Beach Road  
#32-01/03, The Concourse  
SINGAPORE 199555

Phone: +65 631 70 000  
Fax: +65 639 81 270

Telex: 051-9407 6641  
Cables: OWBUNKER  
E-Mail: wwsingapore@owbunker.com.sg  
Internet: http://www.owbunker.com

Per telegraphic transfer directly to our account without deduction  
of bank charges which are for buyers account.

Co. Reg. No: 199201808K  
GST Reg. No: M2-0106089-3