M/V  COSCO PIRAEUS
AND/OR OWNERS/CHARTERERS

| | | |
|---|---|---|
| OWB Singapore WW (East) | **DATE OF INVOICE** : | **01. November 2014** |
| 300 Beach Road | | |
| #32-01/03 The Concourse | **INVOICE NO** : | **205-10183** |
| Singapore, SG-199555 | | |
| Singapore | ORDER NO. : | 205-10167 |
| | DATE OF SUPPLY : | 29. October 2014 |
| PORT:  NEW YORK | **DUE DATE** : | **27. November 2014** |
| YOUR REFERENCE: | | |

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 1,405.500  MT | Fueloil 500 CST 3,5% | 463.50  MT | 651,449.25 |
| 252.440  MT | 380-CST 1% | 502.70  MT | 126,901.59 |
| 130.340  MT | Gasoil 0,1% | 818.00  MT | 106,618.12 |

| | | | |
|---|---|---|---|
| Your VAT No. | | VAT Amount  USD | 0.00 |
| Our VAT No.  99-0373556 | | Total  USD | 884,968.96 |

The prices are excl. all taxes and/or other fees.

**TERMS OF PAYMENT** 30 days from date of supply With value date not later than DUE DATE or previous working day when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

**INTERCOMPANY COUNTERPART: Vendor 90621**
**O.W. BUNKER USA INC.**

**BANK:**  ING BANK N.V.

**ACCOUNT:**  IBAN: NL26 INGB 0020 1180 31

SWIFT: INGBNL2A

2603 Augusta Drive
Suite 440
USA-TX 77057  Houston

Phone: +1 281 946 2300
Fax: +1 281 946 2301

Internet: http://www.owbunker.com

Per telegraphic transfer directly to our account without deduction
of bank charges which are for buyers account.

EIN: 99-0373556